UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-03783-JLS-E                                              Date:  December 10, 2024
Title:  Jeanette Carbajal v. Floor and Decor Outlets of America, Inc. et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                 Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: DISMISSAL**

   The Final Pretrial Conference in this matter is currently scheduled for December 13, 2024, at 10:30 a.m.  Yet the parties have filed neither a Proposed Final Pretrial Conference Order nor any Memoranda of Contentions of Fact and Law as required by the Court's Civil Trial Order (Doc. 19) and the Local Rules.  *See* C.D. Cal. R. 16-4; *see also* C.D. Cal. R. 16-7.

   Accordingly, the Court ORDERS the parties to show cause, in writing, why this case should not be dismissed for failure to comply with the Court's Civil Trial Order and the Local Rules no later than **seven (7) days** from the issuance of this Order.  Failure to timely and adequately respond to this Order will result in the immediate dismissal of this action without further notice.  In light of this Order, the Final Pretrial Conference is CONTINUED from December 13, 2024, at 10:30 a.m. to **January 10, 2025, at 10:30 a.m**.

                                                                                        Initials of Deputy Clerk: kd